IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Leroy Collins,                  :

     Plaintiff,            :

  v.                            :      Case No. 2:05-cv-0367

Reginald Wilkerson, et al.,     :      JUDGE HOLSCHUH

     Defendants.           :

<u>ORDER</u>

    For good cause shown, it is hereby ordered that defendants' motion (#42) for leave to depose inmate Leroy Collins at the Chillicothe Correctional Institution, is granted.

<u>/s/ Terence P. Kemp</u>
United States Magistrate Judge